NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000390**
**22-JUN-2012**
**02:00 PM**

NO. CAAP-11-0000390

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JAMES GIANNADAKIS, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
WAHIAWĀ DIVISION
(CASE NO. 1DTA-10-01314)

ORDER OF CORRECTION
(By: Ginoza, J. for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order, filed on June 22, 2012, is hereby corrected as follows:

1. At page 1, in the seventh line of the caption, the court name "Circuit Court" is changed to "District Court" so that the caption reads as follows:

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
WAHIAWĀ DIVISION
(CASE NO. 1DTA-10-01314)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 22, 2012.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Leonard and Ginoza, JJ.